1292-14

## ELECTRONIC RECORD

COA #  03-12-00582-CR           OFFENSE:  22.011

STYLE:  Candalario Cerda v. The State of Texas           COUNTY:  Caldwell

COA DISPOSITION:  Modified and, as Modified, Affirmed           TRIAL COURT:  421st District Court

DATE: 08/22/14           Publish: NO   TC CASE #:  2010-082

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Candalario Cerda v. The State of Texas           CCA #:  1292-14

_____APPELLANT'S_____ Petition           CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:           DATE: _____

_____REFUSED_____           JUDGE: _____

DATE: _____03/18/2015_____           SIGNED: _____           PC: _____

JUDGE: _____Per Curiam_____           PUBLISH: _____           DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD